# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN OHIO DISTRICT
# EASTERN DIVISION

**JUSTYNE R.,**

    Plaintiff,

v.                                                  Case No. 2:22-cv-2897
                                                         JUDGE EDMUND A. SARGUS, JR.
**COMMISSIONER OF SOCIAL SECURITY,**    Magistrate Judge Peter B. Silvain, Jr.

    Defendant.

## OPINION AND ORDER

On July 28, 2023 the Magistrate Judge in this case issued a Report and Recommendation that, if adopted, would overrule plaintiff's objection and affirm the defendant's denial of disability benefits. (ECF No. 14.)

The plaintiff has filed a timely objection.  The undersigned has reviewed the objections, the record and the Magistrate Judge's Report and Recommendation. The Commissioner of Social Security has correctly applied the law and the factual findings are supported by substantial evidence.

The Court **ADOPTS** the Report and Recommendation of the Magistrate Judge.  The decision of the Commissioner of Social Security denying benefits is **AFFIRMED**.  This case is **DISMISSED**.

    IT IS SO ORDERED.

 Date: **9/28/2023**                                            s/Edmund A. Sargus, Jr.
                                                           EDMUND A. SARGUS, JR., JUDGE
                                                           UNITED STATES DISTRICT JUDGE